UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES HAROLD MOORE, JR., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 03-2390** <br> **REF: ALL CASES** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL.** | **SECTION "L" (5)** |

### ORDER

On May 4, 2007, the Court issued an omnibus Order & Reasons that set forth the factual background of this litigation and addressed a number of outstanding motions. *See* Rec. Doc. 497. However, at that time the Court deferred consideration of several motions filed by parties that were litigants in a parallel case in California state court. *See Patricia Adkins Ins. Agency, Inc. v. State Farm Mut. Auto. Ins. Co.*, 52 Cal. Rptr. 3d 882 (Cal. Ct. App. 2007), *petition for review denied*, 2007 Cal. LEXIS 4071 (Cal. Apr. 18, 2007). The Court requested supplemental briefing concerning any potential preclusive effect that the *Adkins* case may have on these matters. With the benefit of that briefing, the Court now concludes that the most appropriate course of action is to try the remaining issues in this case and address preclusion after trial.

Accordingly, IT IS ORDERED that the following motions are now DENIED:

- Plaintiffs' Motion for Partial Summary Judgment (Rec. Doc. 338);

- Defendants' Cross Motion for Partial Summary Judgment (Rec. Doc. 359);

- Plaintiffs' Supplemental Motion for Partial Summary Judgment (Rec. Doc. 382);

- Defendants' Motion for Partial Summary Judgment Regarding Plaintiff James H. Moore, Jr.'s Intentional Infliction of Emotional Distress Claims (Rec. Doc. 345);

- Defendants' Motion for Partial Summary Judgment on all of Plaintiffs' Claims

>   Relating to the Fortis Appointment and Termination (Rec. Doc. 396);

- Defendants' Motion for Partial Summary Judgment on all Plaintiffs' Claims Related to the LSA Program and Non-Submission (Rec. Doc. 413);

- Plaintiffs' Cross-Motion for Summary Judgment for Breaches of Contract, LSA, Non-Submission, etc. (Rec. Doc. 459);

- Defendants' Motion for Partial Summary Judgment on any and all outstanding claims (Rec. Doc. 431); and

- Plaintiffs' Motion in Limine (Rec. Doc. 490).

With respect to these motions, the Court finds that either genuine factual disputes preclude summary judgment or that the issues raised can be more appropriately addressed at trial.[1]

The Court will schedule a status conference with the parties to select a convenient trial date and to discuss other pre-trial matters.

New Orleans, Louisiana, this 24th day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE

---

[1] In preparing a proposed pre-trial order in this case, it will be helpful for the parties to attempt to agree upon which issues remain for trial. The Court has reviewed the record and will try to provide some guidance in this respect, at least insofar as the Plaintiffs' claims are concerned.
     The Plaintiffs' Amended and Restated Complaint (Rec. Doc. 10) sets forth Counts 1 through 11. The Plaintiffs' Second Amended Complaint (Rec. Doc. 249) adds Counts 12 through 15. The Plaintiffs' Third Amended Complaint (Rec. Doc. 125) adds Counts 16 through 23. At this time, Counts 1 through 11 remain viable. The claims asserted in Counts 12 through 19 have been dismissed either in part or in their entirety. *See* Rec. Docs. 122, 250, 273, & 497. Counts 20 through 23 remain viable.