UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES H. MOORE, JR., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 03-2390** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., ET AL.** | **SECTION "L" (5)** |

## ORDER

IT IS ORDERED that the Defendants' Motion for Expedited Consideration of Defendants' Motion for Reconsideration of Defendant's Motion for Declaratory Judgment (Rec. Doc. 697) is GRANTED.

For the reasons stated in the Order & Reasons dated January 22, 2008 (Rec. Doc. 682), IT IS FURTHER ORDERED that the Defendants' Motion for Reconsideration of Defendant's Motion for Declaratory Judgment (Rec. Doc. 696) is DENIED.

New Orleans, Louisiana, this  8th  day of   February  , 2008.

_____
UNITED STATES DISTRICT JUDGE